UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

BOW DOWN, INC., a Florida corporation,

    Plaintiff,

v.

MOUNT VERNON FIRE INSURANCE
COMPANY, a foreign company,

    Defendant.

CASE NO. 9:15-cv-80072-DMM

## MOTION FOR CASE SCHEDULING CONFERENCE

Defendant, MOUNT VERNON FIRE INSURANCE COMPANY ("Mount Vernon"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1, hereby requests that this Court hold a case scheduling conference before the United States Magistrate Judge and in support thereof states as follows:

S.D. Fla. L.R. 16.1(b)(3) provides that, "It is within the discretion of each Judge to decide whether to hold a scheduling conference with the parties prior to entering the Scheduling Order." The Parties believe that, due to the unconventional procedural track this matter has taken, it would be highly beneficial for both Parties to confer with the Magistrate Judge in setting appropriate deadlines and trial dates in this case.

Although the Parties were able to agree on certain issues, as evidenced in their Joint Conference Report [D.E. 12], no Scheduling Order has been entered to date and the Parties nevertheless believe that a conference with the Magistrate Judge will be able to assist in determining the appropriate schedule for this case.

CASE NO. 9:15-cv-80072-DMM

- 2 -

Furthermore, in review of the Joint Proposed Scheduling Report [D.E. 12-1] during the preparation of this Motion, the Parties noticed two scrivener's errors with respect to proposed deadlines. In particular, the dispositive motion deadline should be set for January 31, 20**16**, and the deadline for motions in limine should be set for March 15, 20**16**. A scheduling conference with the magistrate would provide the Parties with an opportunity to address these corrections, as well as the general scheduling matter.

WHEREFORE, Defendant MOUNT VERNON FIRE INSURANCE COMPANY respectfully requests that this Court enter an Order Referring Case and Setting Trial Date, refer this case to the Magistrate Judge to hold a scheduling conference in this matter, at a time to be determined by the Parties in conjunction with the Magistrate Judge's schedule, as well as grant any such further relief as this Court deems just and appropriate.

## LOCAL RULE 7.1 CERTIFICATION

The Parties have conferred and hereby agree to this Motion and the relief requested herein.

Respectfully submitted,

s/ Rory Eric Jurman
Rory Eric Jurman
Fla. Bar No. 194646
Email: rjurman@fowler-white.com

Stephen R. Gross
Fla. Bar No. 27849
Email: sgross@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 9:15-cv-80072-DMM

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Rory Eric Jurman
Rory Eric Jurman

- 3 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 9:15-cv-80072-DMM

- 4 -

## SERVICE LIST

CASE NO. 9:15-cv-80072-DMM

Todd S. Stewart, Esquire
Todd S. Stewart, P.A.
824 West Indiantown Road
Jupiter, FL 33458
E-Mail: todd@trialcounselor.com;
Alicia@trialcounselor.com
Telephone: (561) 743-2002
Facsimile: (561) 743-2009
Attorney for BOW DOWN, INC.

4848-7406-8771, v. 1

- 4 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100